United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re Intel Laptop Battery Litigation, / | NO. C 09-02889 JW<br>NO. C 10-00573 SC |
| Vicky Baker and Mike's Inc., on behalf of themselves and all others similarly situated, | **ORDER GRANTING MOTION TO RELATE CASES** |
| Plaintiffs,<br>v. | |
| Acer America Corporation, et al., | |
| Defendants. / | |

Presently before the Court is Plaintiffs' Motion to Consider Whether Cases Should Be Related.[1] Plaintiffs seek the Court's determination as to whether In Re Intel Laptop Battery Litigation, Case No. C 09-02889 JW ("First Action"), should be related to Vicky Baker and Mike's Inc. v. Acer America Corp., et al., Case No. C 10-00573 SC ("Second Action"). Plaintiffs represent that counsel for Plaintiffs in the Second Action as well as Defendants consent to having these Actions related.[2]

Civil Local Rule 3-12(a) provides:

An action is related to another when:
(1) The actions concern substantially the same parties, property, transaction or event; and
(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

---

[1] (See Administrative Motion to Consider Whether Cases Should Be Related, hereafter, "Motion to Relate," Docket Item No. 64 in Case No. 09-02889 JW.)

[2] (See Declaration of Eric H. Gibbs in Support of Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related ¶ 4, Docket Item No. 65 in Case No. 09-02889 JW.)

Here, the Court finds that the Actions involve substantially the same parties and events. The allegations are directed primarily against Defendant Intel Corp. ("Intel") in both actions (indeed, Intel is the only Defendant in the Second Action). The gravamen of both actions is that Defendant Intel engaged in unfair business practices by using another company as a front to "independently" test Intel's products with favorable results for Intel. In light of the substantial similarity of parties and events underlying the claims, the Court finds that there is a risk of "an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Thus, the Court finds that the cases are related within the meaning of Rule 3-12(a).

Accordingly, the Clerk of Court shall immediately relate In Re Intel Laptop Battery Litigation, Case No. C 09-02889 JW, and Vicky Baker and Mike's Inc. v. Acer America Corp., et al., Case No. C 10-00573 SC.

Dated: March 11, 2010

JAMES WARE
United States District Judge

2

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Andrew S. Friedman afriedman@bffb.com
Austin P. Tighe austin@feazell-tighe.com
3 Dylan Hughes dsh@girardgibbs.com
Elaine A. Ryan eryan@bffb.com
4 Eric H. Gibbs ehg@girardgibbs.com
Geoffrey Alan Munroe gam@girardgibbs.com
5 Laurence D. King lking@kaplanfox.com
Manfred Patrick Muecke mmuecke@bffb.com
6 Mario Man-Lung Choi mchoi@kaplanfox.com
Mark S. Reich mreich@csgrr.com
7 Patricia Nicole Syverson psyverson@bffb.com
Perry J. Narancic pnarancic@nk-pc.com
8 Philip A. Leider pleider@perkinscoie.com
Raoul Dion Kennedy rkennedy@skadden.com
9 Richard John Zuromski Richard.Zuromski@skadden.com
Robert M. Rothman rrothman@lerachlaw.com
10 Shawn A. Williams shawnw@csgrr.com
Timothy J. Franks tfranks@perkinscoie.com
11 Todd David Carpenter tcarpenter@bffb.com
Andrew J. Cross across@careydanis.com
12 Anthony L Marks amarks@perkinscoie.com
Charles A. Newman cnewman@sonnenschein.com
13 Dan Levi Bagatell dbagatell@perkinscoie.com
Hannah Preston hpreston@sonnenschein.com
14 James Patrick Schaefer jschaefer@skadden.com
Jason E. Maschmann jmaschmann@sonnenschein.com
15 Joan Elizabeth Shreffler jshreffler@skadden.com
Joseph Eugene Mais jmais@perkinscoie.com
16 Kimball R. Anderson kanderson@winston.com
Raoul Dion Kennedy rkennedy@skadden.com
17 Robert H. Shultz rshultz@hrva.com
Roger K. Heidenreich rheidenreic@sonnenschein.com

20 **Dated: March 11, 2010**                             **Richard W. Wieking, Clerk**

22                                                       **By:    /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**