*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
3/12/2010

1  CAREY, DANIS & LOWE
2  MICHAEL J. FLANNERY (196266)
   ANDREW J. CROSS
3  JAMES J. ROSEMERGY
4  8235 Forsyth, Suite 1100
   St. Louis, MO 63105
5  Telephone:  (314) 725-7700
6  Facsimile:   (314) 721-0905

7  Attorneys for Plaintiffs
8  [Additional Counsel on Signature Page]

9  **UNITED STATES DISTRICT COURT**
10 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICKY BAKER and MIKE'S, INC., on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Case No. C 10-00573 JW |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| ACER AMERICA CORPORATION, ACER INC., individually and as successor-in-interest to GATEWAY, INC., BUSINESS APPLICATIONS PERFORMANCE CORPORATION, DELL INC., GATEWAY, INC., a subsidiary of ACER INC., and INTEL CORPORATION, | |
| Defendants. | |

1  COME NOW Plaintiffs, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), hereby voluntarily dismiss their claims, without prejudice, against Defendant Intel Corporation.  Plaintiffs previously dismissed their claims, voluntarily and without prejudice, against Defendants Acer America Corporation; Acer, Inc.; Business Applications Performance Corporation; Dell Inc., and Gateway Inc. [Doc. # 29].

Dated:  March 11, 2010                Respectfully submitted,

CAREY, DANIS & LOWE

   /s/ Michael J. Flannery    
Michael J. Flannery (196266)
Andrew J. Cross
James J. Rosemergy
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone:  (314) 725-7700
Facsimile:    (314) 721-0905
e-mail: mflannery@careydanis.com
           across@careydanis.com
           jrosemergy@careydanis.com

Evan D. Buxner
THE BUXNER LAW FIRM
1035 S. Brentwood Blvd., Suite 1300
St. Louis, MO  63105
Telephone:  (314) 725-9595
Facsimile:  (314) 725-9597

*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

The Court terminates any remaining pending deadlines, hearings or motions.  All other defendants have been previously terminated. The Clerk shall close this file.

Dated: March 12, 2010        _____
                             United States District Judge

1

C 10-00573 JW

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with the Court on March 11, 2010 using the Court's CM/ECF system, and served upon all counsel of record thereby.

          /s/ Michael J. Flannery_____
Michael J. Flannery

**C 10-00573 SC**